THE PEOPLE OF THE STATE OF NEW YORK ex rel. LESTER WEAVER, Appellant, v WALTER KELLY, as Superintendent of Attica Correctional Facility, Respondent. [639 NYS2d 759]

Present—Green, J. P., Pine, Fallon, Doerr and Davis, JJ.